ALB:RMP
F. #2020R00132

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

QWALI S. WILLIAMS,

        Defendant.

- - - - - - - - - - - - - - - - - - - X

MOTION TO DISMISS
INDICTMENT

Crim. No. 20-75 (RJD)

    MARK J. LESKO, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Robert M. Pollack, hereby moves for an order dismissing the indictment, Criminal Docket No. 20-CR-75, against QWALI S. WILLIAMS, the defendant named herein.

Dated: Brooklyn, New York
      May 18, 2021

Respectfully submitted,

MARK J. LESKO
Acting United States Attorney

By:    /s/
     Robert M. Pollack
     Assistant U.S. Attorney
     (718) 254-6232

*So ordered*
s/RJD

5/19/2021